AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| United States of America | ) |
|---|---|
| v. | ) |
| CORY NEWMAN | ) Case No. 21-4002 (MJS) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __May 20, 2021__ in the county of __Atlantic__ in the _____ District of __New Jersey__, the defendant(s) violated:

| Code Section | Description of Offenses |
|---|---|
| 18 USC 2252A(a)(5)(B) | See Attachment A. |

This criminal complaint is based on these facts:
See Attachment B.

☑ Continued on the attached sheet.

_____
Complainant's signature

Special Agent *Joseph Hiles*, HSI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by ____telephone____ *(specify reliable electronic means).*

Date: 05/20/2021

_____
*Judge's signature*

City and state: Camden, New Jersey     Matthew J. Skahill, U.S. Magistrate Judge
*Printed name and title*

CONTENTS APPROVED
UNITED STATES ATTORNEY

By: *Andrew B. Johns*

Andrew B. Johns
Assistant U.S. Attorney

Date: May 20, 2021

## Attachment A

### Possession of Child Pornography

On or about May 20, 2021, in Atlantic County, in the District of New Jersey, and elsewhere, the defendant,

### CORY NEWMAN

did knowingly and willfully possess material that contained at least three images of child pornography, as defined in Title 18, United States Code, Section 2256(8), which images had been shipped and transported using any means and facility of interstate and foreign commerce, had been shipped and transported in and affecting interstate and foreign commerce, and were produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B).

# **ATTACHMENT B**

I, Joseph Hiles, being first duly sworn, do hereby depose and say:

1. I am a Special Agent with the United States Department of Homeland Security, Immigration and Customs Enforcement ("ICE"), Homeland Security Investigations ("HSI"), assigned to the Resident Agent in Charge ("RAC") Office located in Atlantic City, New Jersey. I am fully familiar with the facts set forth herein based on my own investigation, my discussions with other law enforcement officers, and my review of reports, documents, and other items of evidence. Where statements of others are related herein, they are related in substance and in part. Because this Affidavit is being submitted for the sole purpose of establishing probable cause to support the issuance of a complaint, I have not set forth each and every fact that I know concerning this investigation. Where I assert that an event took place on a particular date, I am asserting that it took place on or about the date alleged.

## **Background**

2. At all times relevant to this Complaint, defendant Cory Newman ("Newman") was a resident of Atlantic City, New Jersey.

## **The Investigation**

3. On May 20, 2021, law enforcement executed a search warrant at Newman's residence, located at 1329 Pacific Avenue, Apartment G7, Atlantic City, New Jersey. The warrant authorized the search and seizure of evidence of distribution, reciept, transportation, and possession of child pornography, in violation of 18 U.S.C. §§ 2252 and 2252A.

4. Upon executing the search warrant, law enforcement discovered two persons inside the apartment: Newman and Witness-1. The search of the apartment uncovered a black HP laptop computer and a white Seagate external hard drive. A forensic search of the external hard drive revealed hundreds of video files were stored on the device. A review of more than three of the files revealed that they were in fact videos of child pornography, including depictions of prepubescent minors engagned in sexually explicit conduct, as defined in 18 U.S.C. § 2256. A description of two of the videos is as follows:

   a. An AVI video file[1] which is approximately five minutes and 18 seconds in duration. The video depicted a nude female child, approximately twelve years of age, posing in different positions exposing her genitals. At approximately the one minute and fifty second mark of the video, the camera is zoomed in and focused on the child's genitals.

   b. An AVI video file which is approximately two minutes and one second in duration. The video depicted a prepubescent female child and an adult male on a bed. The prepubescent female is shown performing fellatio on the adult male.

---

[1] The filenames in Paragraph 4a and b are known to me. The filenames are omitted from this affidavit to avoid publicly identifying any victims in this matter.

2

5. Newman agreed to give a statement to law enforcement. Newman told law enforcement officers he resided at the apartment. He stated that the black HP laptop computer and the white Seagate external hard drive belonged to him. Newman further stated that he used the laptop computer to download the videos of child pornography from a peer-to-peer network over the internet. Newman also stated his stored child pornography files would be found on the Seagate external hard drive.

6. Law enforcement also interviewed Witness-1. Witness-1 stated that she also resided at the apartment. She further stated that the black HP laptop belonged to Newman. Witness-1 also said that she did not use the laptop, but only used her own cell phone and tablet computer.

7. On July 23, 2007, Newman received a sentence of 51 months' imprisonment, having been convicted in the United States District Court for the District of New Jersey of one count of possession of child pornography, in violation of 18 U.S.C. § 2252A(a)(5)(B).

Respectfully submitted,

Joseph Hiles, Special Agent
Homeland Security Investigations

This affidavit was sworn out via telephone, in compliance with Federal Rule of Criminal Procedure 4.1 on this 20th day of May, 2021.

Hon. Matthew J. Skahill
United States Magistrate Judge

3